UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

KEYBANK NATIONAL ASSOCIATION, *successor by merger to Key Equipment Finance Inc.*,

                                     Plaintiff,

            -against-

DIRECT BUILDING PRODUCTS CORP. and YOEL DEEN,

                                Defendants.

------------------------------------ x

JUDGMENT

20 Civ. 792 (GBD)

GEORGE B. DANIELS, United States District Judge:

This action having been commenced on January 29, 2020 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on Defendant Direct Building Products Corp. on February 18, 2020 through Yoel Deen, CEO of Direct Building Products Corp., and on Defendant Yoel Deen on February 18, 2020 through Mrs. Deen, wife of Yoel Deen, and proof of service having been filed on March 6, 2020, and Defendants having failed to answer, appear, or otherwise move with respect to the Complaint, and the time for appearing, answering, or moving having expired, it is hereby:

ORDERED, ADJUDGED, AND DECREED that Plaintiffs have judgment against Defendants.

The Clerk of Court is hereby ORDERED to enter final judgment in favor of Plaintiff against Defendants in the total amount of $147,822.97, plus statutory post-judgment interest.

Dated: New York, New York
       June 3, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge